# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

ARTHUR CHANEY
JOFF CHANEY,

       Plaintiffs,

v.                                   CASE NO.:   3:05cv405/MCR/MD

PENSACOLA PATHOLOGISTS, P.A., et al.,

       Defendants.

_____/

## ORDER AND NOTICE

The Motion for Partial Summary Judgment filed by defendant Pensacola Pathologists, P.A., (doc. 56) will be taken under advisement by the Court on **June 23, 2006**.  The parties are directed to file and serve affidavits and any other evidentiary materials authorized to be filed under the Federal Rules of Civil Procedure *before* the above date.[1]  Only those pleadings and evidentiary materials currently in the record or filed prior to the above date will be considered by the Court in ruling on this motion.

The motion for partial summary judgment will result in a final judgment being entered for the moving party as to Counts III and IV of the complaint if the pleadings, depositions, answers to interrogatories, admissions, affidavits, and any other appropriate evidentiary materials filed in the record show that there is no genuine issue as to any material fact and that the moving party is entitled to judgment as a matter of law.  FED. R. CIV. P. 56.

**DONE and ORDERED** on this 8th day of June, 2006.

                      s/ *M. Casey Rodgers*
                      **M. CASEY RODGERS**
                      **UNITED STATES DISTRICT JUDGE**

---

[1] The response to a motion for summary judgment must be filed within the time prescribed by the Federal and Local Rules.